IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR103 |
| vs. | ) | |
| | ) | ORDER |
| JAMES ALLEN KAPPLER, JR, | ) | |
| ALICIA J. WEIR, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendant Alicia Weir's unopposed motion to continue trial [84] as counsel needs additional time to prepare for trial and conduct plea negotiations. . The defendant has complied with NECrimR 12.1(a). See pleading [77]. For good cause shown,

**IT IS ORDERED** that the unopposed motion to continue trial is granted, as follows:

1. The jury trial, **for both defendants**, now set for November 9, 2015 is continued to **January 12, 2016.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **January 12, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED October 22, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**