IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 8:14CR103 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JAMES ALLEN KAPPLER, JR., | ) | |
| Defendant. | ) | |

This case is before the court on the defendant's Amended Motion for Issuance of Subpoenas to Produce Documents Before Trial (#95). The defendant requests that the court order issuance of subpoenas duces tecum in forma pauperis to the records custodians of WMS Gaming Inc., Harrah's Enterprises, LLC, and Prairie Band Casino & Resort. After consideration of defendant's Amended Motion and pursuant to F. R. Crim. P. 17(c) and Nebraska District Court Criminal Rule 17.2(b), I find the Amended Motion should be granted.

**IT IS ORDERED:**

The defendant's Amended Motion for Issuance of Subpoenas to Produce Documents Before Trial (#95) is granted. Defendant is granted leave to prepare the subpoenas duces tecum, in forma pauperis, for submission to the Clerk for issuance.

Dated this 20th day of January 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge