# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:14CR103** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **JAMES ALLEN KAPPLER, JR.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

      This matter is before the court on defendant's unopposed motion to continue trial [104] .  Subpoenas duces tecum were not served as ordered.  For that reason, counsel requests an extension of time to have subpoenas delivered and documents to be produced.  The defendant has complied with NECrimR 12.1(a).  For good cause shown,

      **IT IS ORDERED** that the motion to continue trial is granted, as follows:

      1.  The jury trial, currently set for March 22, 2016 is continued to **June 14, 2016.**

      2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 14,  2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant  the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      **DATED March 1, 2016.**

                    **BY THE COURT:**

                    **s/ F.A. Gossett**
                    **United States Magistrate Judge**